UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JERRY GEZA TOTH on behalf of T.T., a minor,

                                Plaintiff,

– against –

NEW YORK CITY DEPARTMENT OF EDUCATION,
                              Defendant.
------------------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

21-cv-04245-AMD-JAM

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any faulty or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated:      New York, New York
             June 20, 2025

— page 1 of 2 —

| | |
|---|---|
| ANTON MIKOFSKY<br>Law Office of Anton Mikofsky<br>Attorney for Plaintiff<br>236 W 26 St., #303<br>New York, New York 10001<br>(212) 736-2624<br>antonmikofsky@aol.com | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2016<br>Lhowland@law.nyc.gov |
| By: _/s/ Anton Mikofsky_<br>Anton Mikofsky | By: _Lauren Howland_<br>Lauren Howland<br>Special Assistant Corporation Counsel |

SO ORDERED:

s/Ann M. Donnelly
_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE